■ In the Matter of DESIREE B. B. DONALD B., Respondent; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. [668 NYS2d 962] —Motion to dismiss appeal denied as unnecessary. Memorandum: In light of respondent's failure to serve a copy of the notice of appeal on all adverse parties as required by statute (*see,* Family Ct Act § 1115 [b]; CPLR 5515 [1]), there is no appeal pending that can be dismissed. Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ In the Matter of TINA G. and Another. ALLEN G., Respondent; WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. [664 NYS2d 695] —Motion for permission to proceed as a poor person and for assignment of counsel on appeal denied and appeal dismissed. Memorandum: No appeal lies from an order entered on consent (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652), and any motion to set aside or vacate such order must be addressed to the court that entered the order (*see, Matter of Tina G.,* 231 AD2d 966). Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.